JS-6

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA GRAY, | ) **Case Action No.:** |
| | ) **12-cv-01408-RGK-AGR** |
| Plaintiff, | ) |
| | ) **[~~PROPOSED~~] ORDER RE:** |
| vs. | ) **REQUEST TO DISMISS WITH** |
| | ) **PREJUDICE PURSUANT TO FRCP** |
| | ) **41(A)(2)** |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| Defendant. | ) |

1

# **ORDER**

Having reviewed the Plaintiff's Request for Dismissal with Prejudice, and finding that good cause exists it is hereby ordered:

This matter is dismissed with prejudice against all parties and lienholders, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.


Dated: June 27, 2013              *Gary Klausner*

                                        Hon. R. Gary Klausner
                                        United States District Judge